United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 11, 2006**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-60291
Summary Calendar

THERESA RAGER,

Plaintiff-Appellant,

versus

GULF BEACH RESORT HOTEL, INC.,

Defendant-Appellee.

--------------------
Appeal From the United States District Court
For the Southern District of Mississippi
Civil Action No. 1:03-cv-934
--------------------

Before HIGGINBOTHAM, BENAVIDES and DENNIS, Circuit Judges

PER CURIAM:*

The judgment of the district court is affirmed essentially

for the reasons stated in its careful Memorandum Opinion and

Order of March 9, 2005.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.